**Motion GRANTED.**
*[Signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, IJPE DeKOE and THOMAS KOSTURA, KELLIE MILLER and VANESSA DEVILLEZ, and JOHNO ESPEJO and MATTHEW MANSELL, | |
| Plaintiffs, | Case No. 3:13-cv-01159 |
| v. | Judge Aleta A. Trauger |
| HASLAM, *et al.,* | |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF PAGE LIMIT

Plaintiffs Valeria Tanco, Sophy Jesty, Ijpe DeKoe, Thomas Kostura, Kellie Miller-DeVillez, Vanessa Miller-DeVillez, Johno Espejo and Matthew Mansell hereby move the Court pursuant to Local Rule 7.01(a) for leave to file a brief in support of their Motion for Preliminary Injunction of forty (40) pages or less. Good cause exists to grant Plaintiffs request because of the significance and complexity of the constitutional issues raised in this matter, some of which have never before been addressed by the courts. Plaintiffs have endeavored to present the facts and law applicable to this matter in as concise a manner as possible, but even so, require additional pages to address adequately the issues raised by their motion. Thus, Plaintiffs respectfully request leave to file a brief in support of Plaintiffs' Motion for Preliminary Injunction that does not exceed forty (40) pages. Plaintiffs' counsel has conferred with Defendants' counsel with respect to this motion, and Defendants do not oppose the relief sought.