IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:13-cv-01159 |
| ) | Judge Trauger |
| WILLIAM EDWARD "BILL" HASLAM, ) | Magistrate Judge Griffin |
| as Governor of the State of Tennessee, in his ) | |
| official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
A RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION IN EXCESS OF PAGE LIMIT**

Come now Defendants William Edward "Bill" Haslam, Governor of the State of Tennessee, Bill Gibbons, Commissioner of the Department of Safety and Homeland Security, Larry Martin, Commissioner of the Department of Finance and Administration, and Robert E. Cooper, Attorney General and Reporter for the State of Tennessee, in their official capacities, by and through the undersigned, pursuant to Local Rule 7.01(a) for leave to file a Response in Opposition to Plaintiffs' Motion for Preliminary Injunction of twenty-eight (28) pages or less. Good cause exists to grant Defendants' motion because of the significance and complexity of the constitutional issues raised in this matter. Additionally, Plaintiffs filed a Memorandum in Support of their Motion for Preliminary Injunction of approximately forty (40) pages. Defendants have endeavored to present their legal arguments in as concise a manner as possible,

however, the additional pages are necessary to adequately address all of the issues raised by the Plaintiffs. Defendants' counsel has conferred with Plaintiffs' counsel with respect to this motion, and the Plaintiffs do not oppose the relief sought.

Premises considered, Defendants move for leave to file a Response in Opposition to Plaintiffs' Motion for Preliminary Injunction of twenty-eight (28) pages or less.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

s/Martha A. Campbell
MARTHA A. CAMPBELL #14022
Deputy Attorney General
General Civil Division
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37214
(615) 741-6420
martha.campbell@ag.tn.gov

s/Kevin Steiling
KEVIN STEILING #10631
Deputy Attorney General
Civil Litigation and State Services Division
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37214
(615) 741-2370
kevin.steiling@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Abby R. Rubenfeld # 6645
2409 Hillsboro Road, Suite 200
Nashville, Tennessee 37212
(615) 386-9077
arubenfeld@rubenfeldlaw.com

William L. Harbison # 7012
Phillip F. Cramer # 20697
J. Scott Hickman # 17407
John L. Farringer IV # 22783
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
shickman@sherrardroe.com
jfarringer@sherrardroe.com

Maureen T. Holland # 15202
HOLLAND AND ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, Tennessee 38104-6314
(901) 278-8120
mtholland@aol.com

Regina M. Lambert # 21567
7010 Stone Mill Drive
Knoxville, Tennessee 37919
(865) 679-3483
lambertregina@yahoo.com

Shannon P. Minter
Christopher F. Stoll
Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
(415) 392-6257
sminter@nclrights.org

cstoll@nclrights.org
aorr@nclrights.org

                                                <u>s/ Martha A. Campbell</u>
                                                MARTHA A. CAMPBELL #14022
                                                Deputy Attorney General
                                                General Civil Division
                                                Office of the Attorney General
                                                P.O. Box 20207
                                                Nashville, TN 37202
                                                (615) 741-6420

127197