Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **VALERIA TANCO and SOPHY JESTY, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WILLIAM EDWARD "BILL" HASLAM,** as Governor of the State of Tennessee, et al.,<br><br>Defendants. | Case No. 3:13-cv-01159<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Griffin<br><br>**MOTION FOR LEAVE TO FILE AN AMICUS BRIEF OF FAMILY ACTION COUNCIL OF TENNESSEE IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Civil Rule 7, proposed Amicus Curiae Family Action Council of Tennessee, by and through its attorneys, respectfully moves this Court for leave to file its concurrently submitted amicus brief in Support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction.

**INTEREST OF AMICUS CURIAE**

Amicus Curiae Family Action Council of Tennessee ("FACT") is a non-partisan, non-profit organization that exists to strengthen families in Tennessee through citizen advocacy and education. FACT focuses its efforts on public-policy issues involving marriage, children, the family, and constitutional government. FACT is a strong advocate for the traditional family, which is promoted and defended by Tennessee's Marriage Amendment. The amendment states:

> The historical institution and legal contract solemnizing the relationship of one (1) man and one (1) woman shall be the only legally recognized marital contract in this state. Any policy or law or judicial interpretation, purporting to define marriage as anything other than the historical institution and legal contract between one (1) man and one (1) woman, is contrary to the public policy of this state and shall be void and unenforceable in Tennessee. If another state or foreign jurisdiction issues a license for persons to marry and if such marriage is