IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, ) <br> IJPE DeKOE and THOMAS KOSTURA, ) <br> KELLIE MILLER and VANESSA ) <br> DEVILLEZ, and JOHNO ESPEJO and ) <br> MATTHEW MANSELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HASLAM, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:13-cv-01159 <br><br> Judge Aleta A. Trauger |

**UNOPPOSED MOTION TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Valeria Tanco, Sophy Jesty, Ijpe DeKoe, Thomas Kostura, Kellie Miller-DeVillez, Vanessa Miller-DeVillez, Johno Espejo and Matthew Mansell hereby move the Court pursuant to Local Rule 7.01 for leave to file a Reply Brief in support of their Motion for Preliminary Injunction of twenty (20) pages or less. A reply brief is necessary to address adequately the arguments presented by the State of Tennessee in its Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' also intend to address any relevant arguments in the Amicus Brief filed by the Family Action Council of Tennessee. Thus, Plaintiffs respectfully request leave to file a Reply Brief of twenty (20) pages or less in support of its Motion for Preliminary Injunction, and that they be allowed until December 20, 2013 to file such reply.

Plaintiffs' counsel has conferred with counsel for the State of Tennessee with respect to this motion, and the State does not oppose the relief sought.

Dated: December 11, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Abby R. Rubenfeld* | */s/ Maureen T. Holland* |
| Abby R. Rubenfeld (B.P.R. No. 6645) | Maureen T. Holland (B.P.R. No. 15202) |
| RUBENFELD LAW OFFICE, PC | HOLLAND AND ASSOCIATES, PLLC |
| 2409 Hillsboro Road, Suite 200 | 1429 Madison Avenue |
| Nashville, Tennessee 37212 | Memphis, Tennessee 38104-6314 |
| Tel.: (615) 386-9077 | Tel.: (901) 278-8120 |
| Fax: (615) 386-3897 | Fax: (901) 278-8125 |
| arubenfeld@rubenfeldlaw.com | mtholland@aol.com |
| | *Admitted Pro Hac Vice* |

| | |
|---|---|
| */s/ William L. Harbison* | */s/ Regina M. Lambert* |
| William L. Harbison (B.P.R. No. 7012) | Regina M. Lambert (B.P.R. No. 21567) |
| Phillip F. Cramer (B.P.R. No. 20697) | REGINA M. LAMBERT, ESQ. |
| J. Scott Hickman (B.P.R. No. 17407) | 7010 Stone Mill Drive |
| John L. Farringer IV (B.P.R. 22783) | Knoxville, Tennessee 37919 |
| SHERRARD & ROE, PLC | (865) 679-3483 |
| 150 3rd Avenue South, Suite 1100 | (865) 558-8166 |
| Nashville, Tennessee 37201 | lambertregina@yahoo.com |
| Tel.: (615) 742-4200 | *Admitted Pro Hac Vice* |
| bharbison@sherrardroe.com | |
| pcramer@sherrardroe.com | |
| shickman@sherrardroe.com | |
| jfarringer@sherrardroe.com | |

*/s/ Shannon P. Minter*
Shannon P. Minter (CA Bar No. 168907)
Christopher F. Stoll (CA Bar No. 179046)
Asaf Orr (CA Bar No. 261650)
NATIONAL CENTER FOR
　LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
cstoll@nclrights.org
aorr@nclrights.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System this 11th day of December, 2013, upon the following:

>Martha A. Campbell
>Kevin G. Steiling
>Tennessee Attorney General's Office
>General Civil Division
>Cordell Hull Building, Second Floor
>P. O. Box 20207
>Nashville, Tennessee 37214
>martha.campbell@ag.tn.gov
>kevin.steiling@ag.tn.gov
>
>*Attorneys for Defendants*

*/s/ William L. Harbison*
