IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, ) <br> IJPE DeKOE and THOMAS KOSTURA, ) <br> KELLIE MILLER and VANESSA ) <br> DEVILLEZ, and JOHNO ESPEJO and ) <br> MATTHEW MANSELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HASLAM, *et al.,* ) <br> ) <br> Defendants. ) | Case No. 3:13-cv-01159 <br><br> Judge Aleta A. Trauger |

**UNOPPOSED MOTION TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Valeria Tanco, Sophy Jesty, Ijpe DeKoe, Thomas Kostura, Kellie Miller-DeVillez, Vanessa Miller-DeVillez, Johno Espejo and Matthew Mansell hereby move the Court pursuant to Local Rule 7.01 for leave to file a Reply Brief in support of their Motion for Preliminary Injunction of twenty (20) pages or less. A reply brief is necessary to address adequately the arguments presented by the State of Tennessee in its Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' also intend to address any relevant arguments in the Amicus Brief filed by the Family Action Council of Tennessee. Thus, Plaintiffs respectfully request leave to file a Reply Brief of twenty (20) pages or less in support of its Motion for Preliminary Injunction, and that they be allowed until December 20, 2013 to file such reply.

Plaintiffs' counsel has conferred with counsel for the State of Tennessee with respect to this motion, and the State does not oppose the relief sought.