1`      **IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| VALERIA TANCO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1159 |
| | ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, as | ) | |
| Governor of the State of Tennessee, in his official | ) | |
| capacity, BILL GIBBONS, as Commissioner of | ) | |
| the Department of Safety and Homeland Security, | ) | |
| in his official capacity, LARRY MARTIN, as | ) | |
| Commissioner of the Department of Finance and | ) | |
| Administration, in his official capacity, and | ) | |
| ROBERT COOPER, as Attorney General & | ) | |
| Reporter of the State of Tennessee, in his | ) | |
| official capacity | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled in this case for January 15, 2014 is **CONTINUED**, to be reset, if appropriate, following disposition of the pending motions.

It is so **ORDERED**.

ENTER this 10th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge