IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:13-1159 |
| ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, as ) | |
| Governor of the State of Tennessee, in his official ) | |
| capacity, BILL GIBBONS, as Commissioner of ) | |
| the Department of Safety and Homeland Security, ) | |
| in his official capacity, LARRY MARTIN, as ) | |
| Commissioner of the Department of Finance and ) | |
| Administration, in his official capacity, and ) | |
| ROBERT COOPER, as Attorney General & ) | |
| Reporter of the State of Tennessee, in his ) | |
| official capacity ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Plaintiff's Motion to Ascertain Status of the Case (Docket No. 61) is **GRANTED**.

The parties are informed that the court is working on the decision in this case.

It is so **ORDERED**.

ENTER this 12th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge