# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHIE JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL, | ) ) ) ) Case No. 3:13-cv-01159 |
| Plaintiffs, | ) Judge Aleta A. Trauger ) |
| v. | ) ) |
| WILLIAM EDWARD "BILL" HASLAM, et al., | ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Preliminary Injunction (Docket No. 29) is hereby **GRANTED**.

The plaintiffs did not submit a proposed preliminary injunction order for the court's consideration. Therefore, the court has prepared and hereby **ISSUES** the accompanying Preliminary Injunction, which tracks the language of the relief requested in the plaintiffs' motion itself. (*See* Docket No. 29 at p. 3.) If either side believes that the language of the injunction should be modified, it may a file a motion for the court's consideration.

It is so **ORDERED.**

Enter this 14th day of March 2014.

_____
ALETA A. TRAUGER
United States District Judge

1