UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHIE JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM EDWARD "BILL" HASLAM, et al., <br><br> Defendants. | Case No. 3:13-cv-01159 <br> Judge Aleta A. Trauger |

## PRELIMINARY INJUNCTION

For the reasons expressed in the accompanying Memorandum, it is hereby **ORDERED** that a Preliminary Injunction hereby **ISSUES**, barring the defendants and those under their supervision from enforcing Tenn. Code Ann. § 36-3-113 and Art. XI, § 18 of the Tennessee Constitution against the six named plaintiffs in this action.

The court finds that the defendants are not likely to suffer costs and damages, should they be found to have been wrongfully enjoined. Fed. R. Civ. P. 65(c). Therefore, the plaintiffs shall not be required to post security as a condition of the issuance of this preliminary injunction.

It is so **ORDERED**.

**ISSUED** this 14th day of March 2014.

_____
ALETA A. TRAUGER
United States District Judge

1