**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7013 2250 0002 2942 5312

Sent To: 3:13-cv-01159 DE#66
Susan Martin
602 Pemberton Drive
Lebanon, TN 37087

PS Form 3800, August 2006 — See Reverse for Instructions