Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL,<br><br>      Plaintiffs,<br><br>v.<br><br>WILLIAM E. "BILL" HASLAM, *et al.*,<br><br>      Defendants. | Case No. 3:13-cv-01159<br><br>Judge Aleta A. Trauger |

## MOTION TO SET A TIME TO FILE
## PETITION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

In light of the opinion issued in *Obergefell v. Hodges*, ____ S.Ct., ____, 2015 WL 2473451 (June 26, 2015) the parties anticipate entry of a final order in this case either by agreement or by motion. In order to avoid any ambiguity regarding application of Local Rule 54.01(b), Plaintiffs request the Court to enter an order allowing them 45 days from the entry of any such final order in which to file a motion for an award of attorneys' fees, costs and related expenses. Defendants do not oppose the relief sought by this motion. Defendants do not waive any other objections to any motion for attorney fees, costs, and related expenses.

                                          Respectfully submitted:

| | |
|---|---|
| */s/ Abby R. Rubenfeld* | */s/ Maureen T. Holland* |
| Abby R. Rubenfeld (B.P.R. No. 6645) | Maureen T. Holland (B.P.R. No. 15202) |
| RUBENFELD LAW OFFICE, PC | HOLLAND AND ASSOCIATES, PLLC |
| 2409 Hillsboro Road, Suite 200 | 1429 Madison Avenue |
| Nashville, Tennessee 37212 | Memphis, Tennessee 38104-6314 |
| Tel.: (615) 386-9077 | Tel.: (901) 278-8120 |
| Fax: (615) 386-3897 | Fax: (901) 278-8125 |
| arubenfeld@rubenfeldlaw.com | mtholland@aol.com |
| | *Admitted Pro Hac Vice* |