UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VALERIA TANCO, ET AL.<br>  Plaintiffs<br><br>v.<br><br>WILLIAM EDWARD (BILL) HASLAM, ET AL.<br>  Defendants | ) ) ) ) ) ) ) ) | Case No. 3:13-cv-1159 |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 24, 2015.


    KEITH THROCKMORTON, CLERK

    /s/ Debby Sawyer