IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL,<br><br>      Plaintiffs,<br><br>v.<br><br>WILLIAM E. "BILL" HASLAM, *et al.,*<br><br>      Defendants. | Case No. 3:13-cv-01159<br><br>Judge Aleta A. Trauger |

## **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

As the representatives of the prevailing parties in this litigation, undersigned counsel Rubenfeld Law Office, PC, Holland and Associates, PLLC, Regina M. Lambert, the National Center for Lesbian Rights ("NCLR"), Sherrard & Roe, PLC ("Sherrard & Roe"), and Ropes & Gray LLP ("Ropes & Gray") (collectively, "Plaintiffs' Counsel"), respectfully move this Court under 28 U.S.C. § 1988 and other authority for an award of attorneys' fees, costs, and expenses. The attorneys' fees requested are $2,333,095.63. Plaintiffs' Counsel respectfully requests that the Court also consider a fee enhancement in whatever amount this Court may deem appropriate to reflect the controversial nature of this case. Finally, the amount of costs and expenses to be reimbursed is $65,555.37. As demonstrated in the supporting memorandum, which is incorporated by reference, the amounts requested are reasonable and justified by established law and indeed substantially understate the fees and expenses actually incurred.

Plaintiffs' Counsel reserve the right to seek additional fees and expenses and/or to forego the voluntary reductions applied in the fee petition in the event a reply brief, preparation for a hearing, or other compensable work becomes necessary in order to obtain a reasonable fee award for the work performed in this matter.

Respectfully submitted:

| | |
|---|---|
| */s/ Abby R. Rubenfeld* | */s/ Maureen T. Holland* |
| Abby R. Rubenfeld (B.P.R. No. 6645) | Maureen T. Holland (B.P.R. No. 15202) |
| RUBENFELD LAW OFFICE, PC | HOLLAND AND ASSOCIATES, PC |
| 2409 Hillsboro Road, Suite 200 | 1429 Madison Avenue |
| Nashville, Tennessee 37212 | Memphis, Tennessee 38104-6314 |
| Tel.: (615) 386-9077 | Tel.: (901) 278-8120 |
| Fax: (615) 386-3897 | Fax: (901) 278-8125 |
| arubenfeld@rubenfeldlaw.com | mtholland@aol.com |
| | *Admitted Pro Hac Vice* |

*/s/ William L. Harbison*  
William L. Harbison (B.P.R. No. 7012)  
Phillip F. Cramer (B.P.R. No. 20697)  
J. Scott Hickman (B.P.R. No. 17407)  
John L. Farringer IV (B.P.R. 22783)  
SHERRARD & ROE, PLC  
150 3rd Avenue South, Suite 1100  
Nashville, Tennessee 37201  
Tel.: (615) 742-4200  
bharbison@sherrardroe.com  
pcramer@sherrardroe.com  
shickman@sherrardroe.com  
jfarringer@sherrardroe.com  

*/s/ Regina M. Lambert*  
Regina M. Lambert (B.P.R. No. 21567)  
REGINA M. LAMBERT, ESQ.  
7010 Stone Mill Drive  
Knoxville, Tennessee 37919  
(865) 679-3483  
(865) 558-8166  
lambertregina@yahoo.com  
*Admitted Pro Hac Vice*

*/s/ Shannon P. Minter*  
Shannon P. Minter  
(CA Bar No. 168907)  
Christopher F. Stoll  
(CA Bar No. 179046)  
Asaf Orr  
(CA Bar No. 261650)  
NATIONAL CENTER FOR LESBIAN RIGHTS  
870 Market Street, Suite 370  
San Francisco, California 94102  
Tel.: (415) 392-6257  
Fax: (415) 392-8442  
sminter@nclrights.org  
cstoll@nclrights.org  
aorr@nclrights.org  
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

737158.3   10074-001

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system:

> Joe Whalen
> Martha A. Campbell
> Kevin G. Steiling
> Tennessee Attorney General's Office
> General Civil Division
> Cordell Hull Building, Second Floor
> P. O. Box 20207
> Nashville, Tennessee 37214
>
> *Attorneys for Defendants*

/s/ Scott Hickman<br>
J. Scott Hickman