# RUBENFELD LAW OFFICE, PC

2409 Hillsboro Road, Suite 200
Nashville, Tennessee 37212

Ph:615/386-9077    Fax:615/386-3897

Tanco v. Haslam                                                October 8, 2015

File #:   Marriage
Inv #:    5194

**RE:**   Tanco v. Haslam

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-26-13 | emails re: TN marriage case (15); interviews and calls with potential clients and counsel | 1.70 | 850.00 | ARR |
| Jun-27-13 | emails re: planning TN marriage challenge | 0.20 | 100.00 | ARR |
| Jun-28-13 | emails re: TN challenge | 0.20 | 100.00 | ARR |
| Jun-30-13 | emails re: TN challenge; discussions with possible plaintiffs | 0.30 | 150.00 | ARR |
| Jul-04-13 | Research; draft complaint; e-mails to potential plaintiffs | 1.50 | 750.00 | ARR |
| Jul-05-13 | review and respond to emails to potential plaintiffs and counsel | 0.40 | 200.00 | ARR |
| Jul-08-13 | E-mails regarding plaintiffs | 0.30 | 150.00 | ARR |
| Jul-09-13 | emails with potential plaintiffs and counsel | 1.30 | 650.00 | ARR |
| Jul-10-13 | emails re: case preperation and strategy | 1.20 | 600.00 | ARR |
| Jul-14-13 | review and respond to emails re: potential plaintiff and counsel | 1.40 | 700.00 | ARR |
| Jul-18-13 | Conference call with counsel; e-mails regarding counsel (3) | 1.10 | 550.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-19-13 | meeti with Regina re: strategy | 1.50 | 750.00 | ARR |
| Jul-20-13 | Review and respond to e-mails; meet with Regina re: case study | 1.40 | 700.00 | ARR |
| Jul-21-13 | Meet with potential client | 1.50 | 750.00 | ARR |
| Jul-24-13 | E-mails regarding legislative history and sample complaints | 0.20 | 100.00 | ARR |
| Jul-25-13 | E-mails to attorneys (5); conference call with Regina and big firm rep re: strategy | 0.90 | 450.00 | ARR |
| Jul-26-13 | E-mails to co-counsel (12) | 0.50 | 250.00 | ARR |
| Jul-29-13 | E-mails to counsel and TEP re: plaintiffs (9); conference call with co-counsel regarding strategy | 1.50 | 750.00 | ARR |
| Jul-30-13 | Review and respond to counsel e-mails (6) | 0.30 | 150.00 | ARR |
| Aug-01-13 | Telephone call to potential co-counsel; team conference call | 2.40 | 1,200.00 | ARR |
| Aug-02-13 | telephone call and email with Regina re: Bill and firm | 0.50 | 250.00 | ARR |
| Aug-05-13 | E-mails regarding attorney assistance (4); telephone call to Harbison | 1.00 | 500.00 | ARR |
| Aug-06-13 | E-mails regarding strategy (11); telephone call with Regina and with Bill | 0.90 | 450.00 | ARR |
| Aug-07-13 | Review and respond to counsel and plaintiff e-mails (6) | 0.30 | 150.00 | ARR |
| Aug-08-13 | Team conference call; review and respond to e-mails (19) | 1.80 | 900.00 | ARR |
| Aug-09-13 | E-mails regarding strategy | 0.10 | 50.00 | ARR |
| Aug-12-13 | E-mails regarding plaintiffs (5) | 0.30 | 150.00 | ARR |
| Aug-13-13 | E-mails regarding plaintiffs and strategy (4) | 0.50 | 250.00 | ARR |
| Aug-14-13 | 2 conference calls; e-mails to counsel and plaintiffs (19) | 3.40 | 1,700.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-15-13 | Conference call with legal team; review and respond to e-mails (10) | 1.60 | 800.00 | ARR |
| Aug-16-13 | Review and respond to e-mails (4) | 0.10 | 50.00 | ARR |
| Aug-23-13 | Review and respond to e-mails (9); conference call with co-counsel | 0.80 | 400.00 | ARR |
| Aug-28-13 | Conference call regarding strategy; review and respond to e-mails (7) | 1.40 | 700.00 | ARR |
| Aug-29-13 | Review and respond to e-mails (12) | 0.50 | 250.00 | ARR |
| Aug-30-13 | Review and respond to e-mails (5) | 0.20 | 100.00 | ARR |
| Sep-04-13 | E-mails (4) | 0.20 | 100.00 | ARR |
| Sep-06-13 | Conference call with legal team; review and respond to e-mails | 0.90 | 450.00 | ARR |
| Sep-10-13 | Review and respond to e-mails (6) | 0.30 | 150.00 | ARR |
| Sep-11-13 | Review and respond to e-mails (2) | 0.10 | 50.00 | ARR |
| Sep-12-13 | Review and respond to e-mails (4) | 0.10 | 50.00 | ARR |
| Sep-13-13 | Review and respond to e-mails (1) | 0.10 | 50.00 | ARR |
| Sep-14-13 | Review and respond to client e-mails | 0.10 | 50.00 | ARR |
| Sep-16-13 | Review and respond to client emails (7); conference call with legal team re: complaint | 1.30 | 650.00 | ARR |
| Sep-17-13 | Review and respond to e-mails (12) | 0.40 | 200.00 | ARR |
| Sep-19-13 | Review and respond to e-mails; draft quitclaim deed and cover letter | 0.30 | 150.00 | ARR |
| Sep-20-13 | Review and respond to client and counsel e-mails (9) | 0.40 | 200.00 | ARR |
| Sep-21-13 | Review and respond to e-mails(13); edit deed; to airport to sent in time | 1.30 | 650.00 | ARR |
| Sep-23-13 | Review and respond to e-mails (6); conference call with legal team | 1.20 | 600.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-25-13 | meet with Regina re: complaint; conference call with counsel | 0.80 | 400.00 | ARR |
| Sep-26-13 | Review and respond to e-mails (3); meet with Regina re: strategy | 0.90 | 450.00 | ARR |
| Sep-27-13 | E-mails (3) | 0.20 | 100.00 | ARR |
| Sep-28-13 | E-mails (2) | 0.20 | 100.00 | ARR |
| Oct-01-13 | Review and respond to e-mails (13); letter to Register of Deeds | 0.70 | 350.00 | ARR |
| Oct-02-13 | Review and respond to e-mails (3); conference call with legal team re: filing fees strategy | 1.10 | 550.00 | ARR |
| Oct-03-13 | Review and respond to e-mails (9); draft deed; letter to Robertson County plaintiff | 0.70 | 350.00 | ARR |
| Oct-07-13 | Review and respond to e-mails (15) | 0.40 | 200.00 | ARR |
| Oct-08-13 | Conference call with legal team; e-mails (4); edit complaint draft | 1.30 | 650.00 | ARR |
| Oct-09-13 | Review and respond to e-mails (16); draft letter to Robertson register | 0.80 | 400.00 | ARR |
| Oct-10-13 | Review and respond to e-mails (5) | 0.20 | 100.00 | ARR |
| Oct-11-13 | Review and respond to e-mails (3) | 0.10 | 50.00 | ARR |
| Oct-14-13 | edit complaint draft | 1.50 | 750.00 | ARR |
| Oct-15-13 | team conference call | 1.00 | 500.00 | ARR |
| Oct-16-13 | conference call with legal team; edit complaint | 1.50 | 750.00 | ARR |
| Oct-17-13 | Review and respond to client's e-mail re:status; planning for filling, review and edit engagement letter | 0.40 | 200.00 | ARR |
| Oct-18-13 | Review and respond to client's e-mail regarding filing fee (5) | 0.20 | 100.00 | ARR |
| Oct-19-13 | Review and respond to client's e-mail re: filling strategy | 0.80 | 400.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-20-13 | Meet with Regina and co-counsel; meet with clients; emails (8); review and edit latest draft of complaint | 2.40 | 1,200.00 | ARR |
| Oct-21-13 | Press conference, review and sign petition, meet w/ counsel, email( strategy) | 6.50 | 3,250.00 | ARR |
| Oct-22-13 | Review and respond to client (39); conference call with legal team | 1.80 | 900.00 | ARR |
| Oct-23-13 | Review and respond to client via email to (7) | 0.20 | 100.00 | ARR |
| Oct-24-13 | Review and respond to client emails (10) | 0.30 | 150.00 | ARR |
| Oct-29-13 | Review and respond to client e-mail (2); conference call with legal team re: PI | 1.50 | 750.00 | ARR |
| Oct-30-13 | Review and respond to client emails (3) (Tanco v. Hanslam); review declarations | 1.50 | 750.00 | ARR |
| Nov-05-13 | Review and respond to emails (6); team conf. call | 1.00 | 500.00 | ARR |
| Nov-06-13 | Review and respond to emails (2) | 0.10 | 50.00 | ARR |
| Nov-10-13 | conference call with legal team | 0.90 | 450.00 | ARR |
| Nov-11-13 | edit PI draft | 1.50 | 750.00 | ARR |
| Nov-13-13 | Review and respond to emails (3) | 0.10 | 50.00 | ARR |
| Nov-14-13 | Review and respond to emails (14); review declarations | 0.60 | 300.00 | ARR |
| Nov-15-13 | Review declarations respond to email to (10); edit PI memos; conference call with legal team re: PI motion | 2.40 | 1,200.00 | ARR |
| Nov-16-13 | Review and respond to emails (7); edit memo and AO | 2.50 | 1,250.00 | ARR |
| Nov-18-13 | Conference call with legal team (part) and editing brief | 3.30 | 1,650.00 | ARR |
| Nov-19-13 | Review and respond to emails re: filing(20) | 0.40 | 200.00 | ARR |
| Nov-20-13 | Review and respond to emails (6) | 0.30 | 150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-21-13 | Email client re: strategy | 0.10 | 50.00 | ARR |
| Nov-25-13 | Review and respond to emails re: PI papers (2) | 0.20 | 100.00 | ARR |
| Dec-05-13 | Review and respond to emails (2) | 0.10 | 50.00 | ARR |
| Dec-06-13 | review state response to PI motion | 0.50 | 250.00 | ARR |
| Dec-07-13 | Review and respond to email about FACT (7) | 0.30 | 150.00 | ARR |
| Dec-08-13 | meet with Regina re: litigation strategy | 0.30 | 150.00 | ARR |
| Dec-19-13 | Edit reply brief; e-mails re: reply brief | 1.50 | 750.00 | ARR |
| Dec-20-13 | telephone conference re: reply brief | 0.50 | 250.00 | ARR |
| Dec-24-13 | Review and respond to email (6) re: supplemental authorities | 0.30 | 150.00 | ARR |
| Dec-25-13 | Emails to Shannon re: reply (2) | 0.10 | 50.00 | ARR |
| Dec-29-13 | Review and respond to email (2) re: crazy guy filing | 0.10 | 50.00 | ARR |
| Dec-30-13 | Review and respond to email (3) re: strategy; review motion to consolidate | 0.80 | 400.00 | ARR |
| Jan-09-14 | Emails re: status conference and order; conference call with co-counsel | 0.60 | 300.00 | ARR |
| Jan-10-14 | Review and respond to emails re: status conference (6) | 0.20 | 100.00 | ARR |
| Jan-24-14 | emails with co-counsel | 0.20 | 100.00 | ARR |
| Jan-29-14 | Review and respond to emails re: proposed intervention (5) | 0.20 | 100.00 | ARR |
| Jan-31-14 | Review and respond to emails re: intrvention (2) | 0.10 | 50.00 | ARR |
| Feb-12-14 | Emails re: Kentucky case and response (4); review notice of supp. authority | 0.40 | 200.00 | ARR |
| Feb-13-14 | emails with team re: VA victory | 0.30 | 150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-26-14 | emails with team re: TX victory | 0.30 | 150.00 | ARR |
| Mar-03-14 | caonference call with co-counsel re: voluntary dismissal | 0.20 | 100.00 | ARR |
| Mar-04-14 | Emails re: status (3) | 0.10 | 50.00 | ARR |
| Mar-10-14 | Review motion re: status and application to intervention; emails (7); conference call re: motion to ascertain status | 1.10 | 550.00 | ARR |
| Mar-11-14 | Edit motion responses; emails (7); conference call with co-counsel re: motion | 0.60 | 300.00 | ARR |
| Mar-12-14 | Review and respond to emails re: status motion (9); cinference call with legal team | 0.80 | 400.00 | ARR |
| Mar-14-14 | Review PI order; conference call with team re: stay motion; emails | 2.00 | 1,000.00 | ARR |
| Mar-17-14 | Emails & conference call with legal team re: strategy | 1.30 | 650.00 | ARR |
| Mar-18-14 | emails with legal team re: stay motion | 0.20 | 100.00 | ARR |
| Mar-19-14 | Edit stay response | 1.50 | 750.00 | ARR |
| Mar-20-14 | Emails re: stay (30); review order denying | 0.80 | 400.00 | ARR |
| Mar-21-14 | Emails re: stay & 6th Circuit; draft/edit couples questionnaire | 1.00 | 500.00 | ARR |
| Mar-22-14 | Emails | 0.80 | 400.00 | ARR |
| Mar-24-14 | conference call with co-counsel re6th circuit mediation | 0.40 | 200.00 | ARR |
| Mar-25-14 | Emails re: status (6); meet with Kendall and Regina re: case status | 0.70 | 350.00 | ARR |
| Mar-26-14 | Emails re: event and stay | 0.30 | 150.00 | ARR |
| Mar-27-14 | Emails re: baby birth and stay | 0.30 | 150.00 | ARR |
| Mar-28-14 | Emails re: birth certificate issue (13); telephone with co-counsel re: same | 0.90 | 450.00 | ARR |
| Mar-29-14 | Emails re: possible second suit (4) | 0.30 | 150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-30-14 | Edit stay response; edit questionnaire to plaintiffs | 1.10 | 550.00 | ARR |
| Mar-31-14 | Emails re: stay response; edit declarations | 1.20 | 600.00 | ARR |
| Apr-01-14 | Emails re: case (5) | 0.20 | 100.00 | ARR |
| Apr-02-14 | Review declarations; emails to co-counsel (8) | 0.70 | 350.00 | ARR |
| Apr-03-14 | edit stay response | 0.70 | 350.00 | ARR |
| Apr-04-14 | emails with team re: health insurance for new baby | 0.20 | 100.00 | ARR |
| Apr-06-14 | Emails re: status | 0.20 | 100.00 | ARR |
| Apr-10-14 | emails with team re: mediation issues with TN | 0.20 | 100.00 | ARR |
| Apr-14-14 | Emails re: 6th Circuit strategy | 0.20 | 100.00 | ARR |
| Apr-17-14 | Email client re: O & A article (7) | 0.40 | 200.00 | ARR |
| Apr-18-14 | Emails re: plaintiffs (2) | 0.10 | 50.00 | ARR |
| Apr-25-14 | Review and respond to emails re: stay (4) | 0.20 | 100.00 | ARR |
| Apr-27-14 | Emails re: stay (5) | 0.20 | 100.00 | ARR |
| Apr-28-14 | Emails re: stay issues (5) | 0.20 | 100.00 | ARR |
| May-07-14 | review TN brief to 6th Circuit | 0.40 | 200.00 | ARR |
| May-09-14 | Emails re: plaintiffs and amici (9) | 0.40 | 200.00 | ARR |
| May-10-14 | Emails re: amicus & response | 0.10 | 50.00 | ARR |
| May-12-14 | Emails re: appeal & amicus briefs (2) | 0.10 | 50.00 | ARR |
| May-13-14 | Emails re: amici (6) | 0.20 | 100.00 | ARR |
| May-14-14 | Emails re: amici | 0.30 | 150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-21-14 | emails with team re: oral argument 6th Circuit | 0.30 | 150.00 | ARR |
| May-22-14 | Emails re: strategy call | 0.20 | 100.00 | ARR |
| May-23-14 | Telephone conference with team re: appellate strategy | 0.80 | 400.00 | ARR |
| May-28-14 | emails with team re: possible final judgment | 0.20 | 100.00 | ARR |
| May-29-14 | Emails re: brief | 0.10 | 50.00 | ARR |
| May-30-14 | Emails re: amicus intervention | 0.10 | 50.00 | ARR |
| Jun-02-14 | Edit appellate brief | 1.00 | 500.00 | ARR |
| Jun-03-14 | Edit appellate brief | 2.50 | 1,250.00 | ARR |
| Jun-06-14 | Edit new draft of brief | 1.50 | 750.00 | ARR |
| Jun-11-14 | Telephone call to Harbison & emails re: appellate argument (3) | 0.90 | 450.00 | ARR |
| Jun-17-14 | Review some of the amicus briefs; conference call with team | 2.50 | 1,250.00 | ARR |
| Jun-26-14 | Review TN reply brief to 6th Circuit | 1.90 | 950.00 | ARR |
| Jul-03-14 | Emails re: status & moot court (2) | 0.20 | 100.00 | ARR |
| Jul-07-14 | emails with team re: oral argument | 0.40 | 200.00 | ARR |
| Jul-14-14 | Review oral arguement order from 6th Circuit | 0.20 | 100.00 | ARR |
| Jul-22-14 | Review and respond to emails re: status & attempted intervenor (3) | 0.10 | 50.00 | ARR |
| Jul-23-14 | Emails re: argument (3) | 0.20 | 100.00 | ARR |
| Jul-24-14 | Emails re: hearing (2) | 0.10 | 50.00 | ARR |
| Jul-25-14 | team call re: oral argument strategy | 0.80 | 400.00 | ARR |
| Jul-28-14 | Emails re: appeal argument prep (12) | 0.40 | 200.00 | ARR |
| Jul-29-14 | Review and respond to emails re: argument (5) | 0.20 | 100.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-30-14 | Review and respond to emails re: hearing (3); dinner meeting w/the team | 2.00 | 1,000.00 | ARR |
| Jul-31-14 | meeting with TN, KY, and OH legal teams re: argument prep | 5.00 | 2,500.00 | ARR |
| Aug-01-14 | meeting with team re: appellate argument | 3.50 | 1,750.00 | ARR |
| Aug-03-14 | emails with team re: oral argument | 0.20 | 100.00 | ARR |
| Aug-04-14 | emails with team re: oral argument | 0.20 | 100.00 | ARR |
| Aug-05-14 | Drive to Cincinnati for oral argument | 4.00 | 2,000.00 | ARR |
| Aug-06-14 | Oral argument in Cincinnati (10:30 - 5:30) | 7.00 | 3,500.00 | ARR |
| Aug-07-14 | Drive back from Cincinnati | 4.00 | 2,000.00 | ARR |
| Aug-12-14 | emails with co-counsel | 0.20 | 100.00 | ARR |
| Aug-13-14 | emails with co-counsel re: Roane County | 0.20 | 100.00 | ARR |
| Sep-05-14 | emails with co-counsel re: 7th Circuit opinion | 0.20 | 100.00 | ARR |
| Sep-18-14 | emails with co-counsel re: cert petition | 0.30 | 150.00 | ARR |
| Sep-26-14 | Emails & edit press release; telephone call calls re: appeal ruling | 0.50 | 250.00 | ARR |
| Oct-01-14 | emails with co-counsel re: appeal status | 0.20 | 100.00 | ARR |
| Oct-06-14 | emails and calls re: SCOTUS denial of cert | 0.80 | 400.00 | ARR |
| Oct-10-14 | Emails re: court petition (3) | 0.20 | 100.00 | ARR |
| Oct-13-14 | Emails re: strategy call (4) | 0.20 | 100.00 | ARR |
| Oct-14-14 | team strategy call re: postage decision | 0.90 | 450.00 | ARR |
| Nov-06-14 | Emails re: decision (69); team calls; review opinion | 3.10 | 1,550.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-07-14 | Conference call with team and call with all 4 teams re: cert petition; emails (16) | 2.90 | 1,450.00 | ARR |
| Nov-08-14 | Emails re: ruling (7) | 0.30 | 150.00 | ARR |
| Nov-09-14 | Emails re: decision (7) | 0.30 | 150.00 | ARR |
| Nov-11-14 | Emails re: SC petition (18); edit petition | 1.50 | 750.00 | ARR |
| Nov-12-14 | Emails re: SC petition (6) | 0.30 | 150.00 | ARR |
| Nov-13-14 | Edit SC cert petition; emails (24) | 4.10 | 2,050.00 | ARR |
| Nov-14-14 | Emails re: filing petition and Ropes retainer (10) | 0.80 | 400.00 | ARR |
| Nov-16-14 | Emails re: cert. application (11) | 0.40 | 200.00 | ARR |
| Nov-17-14 | Emails re: cert. petition & strategy (5) | 0.30 | 150.00 | ARR |
| Nov-18-14 | Emails re: cert. (3) | 0.20 | 100.00 | ARR |
| Nov-19-14 | Emails re: SPA for plaintiffs (1) | 0.10 | 50.00 | ARR |
| Nov-26-14 | Team call re: strategy; emails re: SC status (12) | 0.90 | 450.00 | ARR |
| Dec-04-14 | Emails to SC amicus (5) | 0.20 | 100.00 | ARR |
| Dec-05-14 | Emails re: amici (4) | 0.20 | 100.00 | ARR |
| Dec-06-14 | Emails re: attempted intervention (6) | 0.20 | 100.00 | ARR |
| Dec-07-14 | Email re: attempted intervenor | 0.10 | 50.00 | ARR |
| Dec-08-14 | emails re: cert petition | 0.20 | 100.00 | ARR |
| Dec-09-14 | Emails re: intervention (1) | 0.10 | 50.00 | ARR |
|  | meet with Regina re: strategy | 0.40 | 200.00 | ARR |
| Dec-10-14 | Emails re: status & amici (7); conference call with legal team | 1.20 | 600.00 | ARR |
| Dec-15-14 | Emails re: status at supremes (5) | 0.30 | 150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-16-14 | Review reply brief; emails re: reply | 1.10 | 550.00 | ARR |
| Dec-18-14 | Emails re: reply brief (3) | 0.20 | 100.00 | ARR |
| Dec-21-14 | Review reply; emails (13) | 1.10 | 550.00 | ARR |
| Dec-23-14 | Emails re: reply & status at Supremes (6) | 0.30 | 150.00 | ARR |
| Dec-28-14 | Emails re: strategy & clients (2) | 0.10 | 50.00 | ARR |
| Jan-07-15 | emails re: application | 0.20 | 100.00 | ARR |
| Jan-08-15 | Edit press release re: SC action | 0.20 | 100.00 | ARR |
| Jan-09-15 | emails re: SCOTUS status and next steps | 0.20 | 100.00 | ARR |
| Jan-10-15 | Emails re: media (2) | 0.20 | 100.00 | ARR |
| Jan-12-15 | Telephone calls & emails re: SC ruling (16) | 0.50 | 250.00 | ARR |
| Jan-14-15 | conference call re: cert petition | 0.50 | 250.00 | ARR |
| Jan-16-15 | Emails re: SC ruling on cert (48) | 1.20 | 600.00 | ARR |
| Jan-19-15 | Emails (7); team call; Emails re: SC taking cert (29) | 2.00 | 1,000.00 | ARR |
| Jan-20-15 | 4 state strategy call; emails re: strategy (9) | 1.20 | 600.00 | ARR |
| Jan-22-15 | Emails re: status (4) | 0.20 | 100.00 | ARR |
| Jan-23-15 | Emails re: argument | 0.20 | 100.00 | ARR |
| Feb-03-15 | review emails re: appendix | 0.20 | 100.00 | ARR |
| Feb-09-15 | email to Regina re: status | 0.10 | 50.00 | ARR |
| Feb-13-15 | emails re: status | 0.20 | 100.00 | ARR |
| Feb-18-15 | edit brief draft | 2.30 | 1,150.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-20-15 | conference re: brief; emails re: brief; more editing | 2.10 | 1,050.00 | ARR |
| Feb-21-15 | emails re: draft | 0.40 | 200.00 | ARR |
| Feb-24-15 | conference call and emails re: brief | 0.80 | 400.00 | ARR |
| Feb-25-15 | emails re: brief | 0.20 | 100.00 | ARR |
| Feb-27-15 | conference call re: brief; edit draft | 2.60 | 1,300.00 | ARR |
| Mar-02-15 | Emails re: oral argument prep (3) | 0.20 | 100.00 | ARR |
| Mar-03-15 | Email re: amicus | 0.10 | 50.00 | ARR |
| Mar-04-15 | Emails re: amicis briefs (2); edit brief draft | 0.90 | 450.00 | ARR |
| Mar-05-15 | Emails re: amicus & oral agrument (8); brief strategy & hearing date (10) | 1.10 | 550.00 | ARR |
| Mar-06-15 | Emails re: amicus briefs (8); conference call re: DC moots | 0.80 | 400.00 | ARR |
| Mar-09-15 | Emails re: plaintiff's oral argument (19); conference with co-counsel re: moots | 1.10 | 550.00 | ARR |
| Mar-10-15 | Emails re: oral argument (10); telephone conference re: oral argument | 0.60 | 300.00 | ARR |
| Mar-11-15 | Conference call re: oralists; emails (19) | 1.80 | 900.00 | ARR |
| Mar-12-15 | Emails re: oral argument (5) | 0.20 | 100.00 | ARR |
| Mar-13-15 | Emails re: oral argument (14); conference call re: oral argument | 1.60 | 800.00 | ARR |
| Mar-14-15 | Emails re: oral argument (14) | 0.80 | 400.00 | ARR |
| Mar-15-15 | Emails re: oral agrument (23); telephone call to Stanyar re: oralists; call with Harbison | 1.80 | 900.00 | ARR |
| Mar-16-15 | Telephone call re: split argument (many); conference calls (2); edit statement; emails (87) | 5.70 | 2,850.00 | ARR |
| Mar-17-15 | Emails re: oral argument (19) | 0.80 | 400.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-18-15 | Emails (27); conference call re: oral argument | 1.90 | 950.00 | ARR |
| Mar-19-15 | Emails re: oral argument (25); conference call re: clerk response | 1.60 | 800.00 | ARR |
| Mar-20-15 | Emails re: oral argument (12) | 0.50 | 250.00 | ARR |
| Mar-21-15 | Emails re: oral argument (8) | 0.30 | 150.00 | ARR |
| Mar-22-15 | Emails re: oral argument (8); telephone call to Strangio re: same | 0.20 | 100.00 | ARR |
| Mar-23-15 | Emails re: oral argument (13); telephone call to Buseck re: oral argument; review argument prep docs | 1.90 | 950.00 | ARR |
| Mar-24-15 | Emails re: oral argument (17); practice moot | 2.10 | 1,050.00 | ARR |
| Mar-25-15 | To Louisville for moot (8:00am - 6:30pm) | 10.50 | 5,250.00 | ARR |
| Mar-26-15 | Emails re: oral argument (20); team call re: oral argument prep | 1.80 | 900.00 | ARR |
| Mar-27-15 | Emails re: oral argument (9); telephone call to Stanyar re: oral argument | 0.70 | 350.00 | ARR |
| Mar-28-15 | Emails re: oral argument (3) | 0.10 | 50.00 | ARR |
| Mar-29-15 | To Ann Arbor for moot (4:30am - 11:45pm) | 19.00 | 9,500.00 | ARR |
| Mar-30-15 | Emails re: oral argument & amici (13) | 0.30 | 150.00 | ARR |
| Mar-31-15 | Emails re: oral argument (5) | 0.20 | 100.00 | ARR |
| Apr-01-15 | Emails re: Knoxville event & amicus briefs (4) | 0.20 | 100.00 | ARR |
| Apr-02-15 | Emails re: amicus briefs & reply briefs (9); reviews SC prep outline | 0.30 | 150.00 | ARR |
| Apr-03-15 | Emails re: oral argument & reply brief (35); review brief outline | 2.10 | 1,050.00 | ARR |
| Apr-05-15 | Emails re: oral argument (5) | 0.30 | 150.00 | ARR |
| Apr-06-15 | Emails re: SC argument (2) | 0.10 | 50.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-07-15 | Emails re: amicii & oral argument (8) | 0.30 | 150.00 | ARR |
| Apr-08-15 | Emails re: moots & media (7) | 0.20 | 100.00 | ARR |
| Apr-09-15 | Emails re: editing reply brief & moot (2) | 0.10 | 50.00 | ARR |
| Apr-10-15 | Emails re: oral argument & moots (8) | 0.30 | 150.00 | ARR |
| Apr-11-15 | Edit reply brief; team call re: oral arguments; emails re: moots | 3.60 | 1,800.00 | ARR |
| Apr-12-15 | Edit new reply drafts; emails re: reply brief | 2.90 | 1,450.00 | ARR |
| Apr-13-15 | Emails re: reply brief (3); | 0.20 | 100.00 | ARR |
| Apr-14-15 | Emails re: reply brief & oral argument (3); drive back from Knoxville | 3.10 | 1,550.00 | ARR |
| Apr-15-15 | Edit final draft of reply; emails (4) | 1.50 | 750.00 | ARR |
| Apr-16-15 | Emails re: reply brief & argument preparation | 0.30 | 150.00 | ARR |
| Apr-17-15 | Emails re: reply briefs (4); conference to prepare | 0.70 | 350.00 | ARR |
| Apr-20-15 | moot ct., NSL; meeting; emails re: oral argument (11) | 4.20 | 2,100.00 | ARR |
| Apr-21-15 | Travel to Washington DC for moots; email re: oral argument (4) | 2.90 | 1,450.00 | ARR |
| Apr-22-15 | Howard moot 12:15pm - 8:00pm; team strategy meeting; email re: oral argument (4) | 8.30 | 4,150.00 | ARR |
| Apr-23-15 | Emails re: oral argument planning (13); telephone to Stanyar from MI | 0.50 | 250.00 | ARR |
| Apr-24-15 | Georgetown moot & strategy meeting (12:30pm - 7:00pm); email re: media (4) | 6.50 | 3,250.00 | ARR |
| Apr-25-15 | travel home from DC; emails re: oral argument (17) | 3.40 | 1,700.00 | ARR |
| Apr-26-15 | Emails re: oral argument | 0.30 | 150.00 | ARR |
| Apr-27-15 | interview re: case; emails (8); travel back to DC; team meeting | 5.40 | 2,700.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-28-15 | oral argument; and team meeting | 9.00 | 4,500.00 | ARR |
| Apr-29-15 | emails re: follow up; travel back to Nashville | 4.50 | 2,250.00 | ARR |
| May-01-15 | emails re:status of case | 0.30 | 150.00 | ARR |
| May-12-15 | emails re: post-decision strategy | 0.80 | 400.00 | ARR |
| May-14-15 | emails re: state not not following SC ruling | 0.30 | 150.00 | ARR |
| May-15-15 | emails re: post-opinion issues | 0.30 | 150.00 | ARR |
| May-18-15 | team conference call in prep of ruling | 0.80 | 400.00 | ARR |
| May-19-15 | emails with co-counsel re: post-decisions | 0.20 | 100.00 | ARR |
| May-28-15 | emails with co-counsel | 0.10 | 50.00 | ARR |
| Jun-10-15 | emails re: decision day strategy | 0.20 | 100.00 | ARR |
| Jun-14-15 | emails with legal team re: decision day | 0.20 | 100.00 | ARR |
| Jun-16-15 | emails re: enforcement of possible win | 0.10 | 50.00 | ARR |
| Jun-17-15 | emails re: post victory organizing/litigating (1) | 0.10 | 50.00 | ARR |
| Jun-24-15 | meeting re: post victory follow up/enforcement | 1.00 | 500.00 | ARR |
| Jun-25-15 | telephone conference with Regina re: SCOTUS blog | 0.20 | 100.00 | ARR |
| Jun-26-15 | conference with team; review opinion; meet with Sherrard attorneys | 4.50 | 2,250.00 | ARR |
| Jul-21-15 | review proposed orders; email re: strategy (3) | 0.40 | 200.00 | ARR |
| Jul-22-15 | emails re: edits on final order (3) | 0.20 | 100.00 | ARR |
| Jul-24-15 | emails re: edits on final order (2) | 0.10 | 50.00 | ARR |
| Jul-30-15 | emails re: final order (5); edit draft | 0.20 | 100.00 | ARR |
| Jul-31-15 | emails re: final order (1) | 0.10 | 50.00 | ARR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-04-15 | review/edit proposed order; emails re: editing proposed final order (3) | 0.30 | 150.00 | ARR |
| Aug-05-15 | edit motion to enter final order; emails (2) | 0.40 | 200.00 | ARR |
| Aug-07-15 | emails re: motion to enter final order (2) | 0.10 | 50.00 | ARR |
| Aug-12-15 | edit proposed Motion to enter order; emails re: proposed motion (4) | 0.30 | 150.00 | ARR |
| Aug-14-15 | emails re: reply re: order entry (2) | 0.10 | 50.00 | ARR |
| Aug-24-15 | emails re: final order and fee application (4) | 0.20 | 100.00 | ARR |
| Sep-28-15 | edit fee application | 2.00 | 1,000.00 | ARR |
| Oct-04-15 | draft/edit declaration for fee application | 0.80 | 400.00 | ARR |
| Oct-05-15 | edit fee application | 0.80 | 400.00 | ARR |
| Oct-07-15 | edit fee petition and declaration | 1.50 | 750.00 | ARR |
| Oct-08-15 | edit fee petition and declaration | 1.00 | 500.00 | ARR |
|  | Totals | 325.70 | $162,850.00 |  |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
|  | $Federal Expres | 30.77 |
| Oct-03-13 | FederalExpress to Vanessa Devillez | 30.77 |
| Nov-29-13 | Photocopies .10 x 1 | 0.10 |
| Feb-19-14 | Photocopies .10 x 1 | 0.10 |
| Apr-21-14 | Postage to Marlett | 1.82 |
| Apr-30-14 | Photocopies .10 x 81 | 8.10 |
| May-15-14 | Courier Fee to Shannon Minter (Fedex) | 65.81 |
| Aug-05-14 | Mileage @ .57.5 x 276 miles to Cincinnati from Nashville | 158.70 |
| Aug-07-14 | Mileage @ .57.5 x276 miles from Cincinnati to Nashville | 158.70 |
| Aug-20-14 | Postage to Marlett & BPR | 3.43 |
| Mar-25-15 | Mileage @ .57.5 x179 miles to Louisville from Nashville | 102.93 |

|  |  |  |
|---|---|---|
|  | Mileage @ .57.5 x179 miles from Louisville to Nashville | 102.93 |
| Jul-31-15 | Photocopies .10 x 13 | 1.30 |
|  | Totals | $665.46 |

**Total Fee & Disbursements**     **$163,515.46**

**Balance Now Due**     **$163,515.46**