IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM E. "BILL" HASLAM, *et al.*,<br><br>Defendants. | Case No. 3:13-cv-01159<br><br>Judge Aleta A. Trauger |

## MOTION FOR PERMISSION TO FILE TIME ENTRIES UNDER SEAL

As the representatives of the prevailing parties in this litigation, undersigned counsel Rubenfeld Law Office, PC, Holland and Associates, PLLC, Regina M. Lambert, the National Center for Lesbian Rights ("NCLR"), Sherrard & Roe, PLC ("Sherrard & Roe"), and Ropes & Gray LLP ("Ropes & Gray") (collectively, "Plaintiffs' Counsel"), have contemporaneously moved for an award of attorneys' fees, costs, and expenses pursuant to 42 U.S.C. § 1988. The Motion for Attorneys' Fees, Costs, and Expenses is supported by a memorandum of law, affidavits from counsel of record, affidavits from members of the legal community, and details of the time spent and hourly rate sought for each phase of the case.

These supporting documents satisfy the requirements of Local Rule 54.01(b)(3), which requires a memorandum brief, an explanation of why the plaintiff is the prevailing party, and "an affidavit of counsel setting out in detail the number of hours spent on each aspect of the case, the rate customarily charged by counsel for such work, the prevailing rate charged in the community for similar services, and any other factors which the Court should consider in making the award." In order to assist the Court and comply with Judge Trauger's Practice and Procedure Manual at V-T, however, Plaintiffs' Counsel seek to provide more detailed billing information in the form of individual time entries that support the fees sought.