IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 3:13-cv-01159 |
| | ) Trauger/Griffin |
| WILLIAM EDWARD "BILL" HASLAM, as Governor of the State of Tennessee, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO UNSEAL TIME ENTRIES

Defendants William Haslam, Governor of the State of Tennessee, Larry Martin, Commissioner of the Department of Finance and Administration, and Herbert H. Slatery III, Attorney General of the State of Tennessee[1], in their official capacities, hereby move this Court to unseal the time entries filed as attachments to Docket Entry 97.

Plaintiffs seek payment of a significant sum of money from Tennessee public funds. Defendants have failed to ascertain any reason why the documents supporting Plaintiffs' application should not be transparent and part of the normally public process of court proceedings. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983). Indeed, the argument for a transparent process is even more compelling, as the fees sought by Plaintiffs will be paid by Tennessee taxpayers.

As the time entries are not protected under either attorney-client privilege, *Humphreys, Hutcheson & Moseley v. Donovan*, 755 F.2d 1211 (6th Cir. 1985), nor the work-

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Herbert H. Slatery III is automatically substituted for Robert E. Cooper, Jr. as the succeeding Attorney General for the State of Tennessee.

1

product doctrine, Fed R. Civ. P. 26(b)(3); *In re Professionals Direct Ins. Co.*, 578 F.3d 432 (6th Cir. 2009); *Corbis Corp v. Starr*, 719 F.Supp.2d 843 (N.D. Ohio 2010), they are not confidential and are open to disclosure to the general public. Defendants therefore respectfully request that this Court unseal the following time entries:

> Exhibit A to the Declaration of Douglas H. Hallward-Driemeier (DE # 97-1; 100)
> Exhibit D to the Declaration of Shannon P. Minter (DE # 97-2; 105)
> Exhibit B to the Declaration of Abby Rubenfeld (DE # 97-3; 104)
> Exhibit A to the Declaration of J. Scott Hickman (DE # 97-6; 101)
> Exhibit A to the Declaration of Regina Lambert (DE # 97-4; 103)
> Exhibit A to the Declaration of Maureen Holland (DE # 97-8; 102)

As Defendants' Response in Opposition to Plaintiff's Motion for Attorneys Fees, Costs, and Expenses was also filed under seal because of its reference to the time entries, Defendants respectfully request that the Response in Opposition to Plaintiffs' Motion for Attorneys Fees, Costs, and Expenses and the associated exhibits be unsealed as well.

> Respectfully submitted,
>
> HERBERT H. SLATERY III
> Attorney General and Reporter
>
> s/William E. Young
> WILLIAM E. YOUNG #9711
> Associate Attorney General
> P. O. Box 20207
> Nashville, TN 37214
> (615) 741-3226
> bill.young@ag.tn.gov
>
> s/Martha A. Campbell
> MARTHA A. CAMPBELL #14022
> Deputy Attorney General
> General Civil Division
> P. O. Box 20207
> Nashville, TN 37214

2

(615) 741-6420
martha.campbell@ag.tn.gov

s/Alexander S. Rieger
ALEXANDER S. RIEGER #29362
Assistant Attorney General
General Civil Division
P. O. Box 20207
Nashville, TN 37214
(615) 741-2408
alex.rieger@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Abby R. Rubenfeld # 6645
2409 Hillsboro Road, Suite 200
Nashville, Tennessee 37212
(615) 386-9077
arubenfeld@rubenfeldlaw.com

William L. Harbison # 7012
Phillip F. Cramer # 20697
J. Scott Hickman # 17407
John L. Farringer IV # 22783
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
bharbison@sherrardrod.com
pcramer@sherrardroe.com
shickman@sherrardroe.com
jfarringer@sherrardroe.com

Maureen T. Holland # 15202
HOLLAND AND ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, Tennessee 38104-6314
(901) 278-8120
mtholland@aol.com

3

Regina M. Lambert # 21567
7010 Stone Mill Drive
Knoxville, Tennessee 37919
(865) 679-3483
lambertregina@yahoo.com

Shannon P. Minter
Christopher F. Stoll
Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
(415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org
aorr@nclrights.org

                                          s/ Martha A. Campbell
                                          MARTHA A. CAMPBELL
                                          TBPR# 14022
                                          Office of the Attorney General
                                          P.O. Box 20207
                                          Nashville, TN 37202
                                          (615) 741-6420