# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHY JESTY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 3:13-cv-01159 |
| | ) Trauger/Griffin |
| WILLIAM EDWARD "BILL" HASLAM, as Governor of the State of Tennessee, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES UNDER SEAL

Defendants William Haslam, Governor of the State of Tennessee, Larry Martin, Commissioner of the Department of Finance and Administration, and Herbert H. Slatery III, Attorney General of the State of Tennessee[1], in their official capacities, hereby move this Court to file Defendants' Response in Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses under seal.

This Court has previously granted leave of Plaintiffs to file their fee entries supporting their Motion for Attorneys' Fees, Costs, and Expenses under seal. (DE # 109). Defendants' Response in Opposition and its associated exhibits directly reference the fee entries placed under seal:

> Exhibit A to the Declaration of Douglas H. Hallward-Driemeier (DE # 97-1; 100)
> Exhibit D to the Declaration of Shannon P. Minter (DE # 97-2; 105)
> Exhibit B to the Declaration of Abby Rubenfeld (DE # 97-3; 104)
> Exhibit A to the Declaration of J. Scott Hickman (DE # 97-6; 101)

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Herbert H. Slatery III is automatically substituted for Robert E. Cooper, Jr. as the succeeding Attorney General for the State of Tennessee.

1

Exhibit A to the Declaration of Regina Lambert (DE # 97-4; 103)

Exhibit A to the Declaration of Maureen Holland (DE # 97-8; 102)

Accordingly, Defendants respectfully request leave to file their Response in Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses under seal until and unless the Court grants the Defendants' Motion to Unseal previously filed.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


s/William E. Young
WILLIAM E. YOUNG #9711
Associate Attorney General
P. O. Box 20207
Nashville, TN 37214
(615) 741-3226
bill.young@ag.tn.gov


s/Martha A. Campbell
MARTHA A. CAMPBELL #14022
Deputy Attorney General
General Civil Division
P. O. Box 20207
Nashville, TN 37214
(615) 741-6420
martha.campbell@ag.tn.gov


s/Alexander S. Rieger
ALEXANDER S. RIEGER #29362
Assistant Attorney General
General Civil Division
P. O. Box 20207
Nashville, TN 37214
(615) 741-2408
alex.rieger@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Abby R. Rubenfeld # 6645
2409 Hillsboro Road, Suite 200
Nashville, Tennessee 37212
(615) 386-9077
arubenfeld@rubenfeldlaw.com

William L. Harbison # 7012
Phillip F. Cramer # 20697
J. Scott Hickman # 17407
John L. Farringer IV # 22783
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
bharbison@sherrardrod.com
pcramer@sherrardroe.com
shickman@sherrardroe.com
jfarringer@sherrardroe.com

Maureen T. Holland # 15202
HOLLAND AND ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, Tennessee 38104-6314
(901) 278-8120
mtholland@aol.com

Regina M. Lambert # 21567
7010 Stone Mill Drive
Knoxville, Tennessee 37919
(865) 679-3483
lambertregina@yahoo.com

Shannon P. Minter
Christopher F. Stoll
Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102

3

Case 3:13-cv-01159   Document 121   Filed 01/08/16   Page 3 of 4 PageID #: 2309

(415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org
aorr@nclrights.org

        s/ Martha A. Campbell
        MARTHA A. CAMPBELL
        TBPR# 14022
        Office of the Attorney General
        P.O. Box 20207
        Nashville, TN 37202
        (615) 741-6420

4