UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIA TANCO and SOPHIE JESTY, IJPE DeKOE and THOMAS KOSTURA, and JOHNO ESPEJO and MATTHEW MANSELL, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM EDWARD "BILL" HASLAM, as Governor of the State of Tennessee, in his official capacity; LARRY MARTIN, as Commissioner of the Department of Finance and Administration, in his official capacity, and ROBERT COOPER, as Attorney General & Reporter of the State of Tennessee, in his official capacity, <br><br> Defendants. | Case No. 3:13-cv-01159 <br> Judge Aleta A. Trauger |

## ORDER

The plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses (Docket No. 98) is **GRANTED IN PART AND DENIED IN PART**. The plaintiffs are awarded $1,983.131.29 in attorney's fees and $52,916.04 in costs and expenses, as set forth in the accompanying Memorandum.

Enter this 25th day of March 2016.

_____
ALETA A. TRAUGER
United States District Judge